Case 1:26-cv-01238-JKM    Document 1-2    Filed 05/08/26    Page 1 of 4

# EXHIBIT A

MA SOC   Filing Number: 202573254880    Date: 9/29/2025 11:13:18 AM

# The Commonwealth of Massachusetts, William Francis Galvin
## Corporations Division

One Ashburton Place - Floor 17, Boston MA 02108-1512   |   Phone: 617-727-9640

## Annual Report

(General Laws, Chapter 156C, Section 12)                                Filing Fee: $500.00

Identification Number:        001355513

Annual Report Filing Year: 2024

1.a. Exact name of the limited liability company: GOPLAY LLC

☐ Check if amending entity name

1.b. The exact name of the limited liability company as amended, is:

GOPLAY LLC

2. Address in the Commonwealth where the records will be maintained:

| | |
|---|---|
| Number and street: | 4228 WASHINGTON ST |
| Address 2: | |
| City or town: | BOSTON            State: MA            Zip code: 02131 |
| Country: | UNITED STATES |

3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:

SELLER OF TRAVEL SERVICES

4. The latest date of dissolution, if specified: (mm/dd/yyyy)

5. Name and address of the Resident Agent:

| | |
|---|---|
| Agent name: | UNITED STATES CORPORATION AGENTS, INC. |
| Number and street: | 1900 WEST PARK DRIVE |
| Address 2: | SUITE 280F |
| City or town: | WESTBOROUGH            State: MA            Zip code: 01581 |

6. The name and business address of each manager, if any:

| Title | Name | Address |
|---|---|---|

| MANAGER | DARREN PETER LYONS | 91 REDLANDS ROAD BOSTON, MA 02132 USA |
| MANAGER | BRIAN AINSCOUGH | 38 ELM STREET CANTON, MA 02021 USA |

7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.

| Title | Name | Address |
|---|---|---|
| SOC SIGNATORY | DARREN LYONS | 91 REDLANDS ROAD BOSTON, MA 02132 USA |
| SOC SIGNATORY | BRIAN AINSCOUGH | 38 ELM STREET CANTON, MA 02021 USA |

8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:

| Title | Name | Address |
|---|---|---|
| REAL PROPERTY | DARREN LYONS | 91 REDLANDS ROAD BOSTON, MA 02132 USA |
| REAL PROPERTY | BRIAN AINSCOUGH | 38 ELM STREET BOSTON, MA 02132 USA |

9. Additional matters:

SIGNED UNDER THE PENALTIES OF PERJURY, this 29 Day of September, 2025,

DARREN LYONS

, Signature of Authorized Signatory.

MA SOC   Filing Number: 202573254880    Date: 9/29/2025 11:13:18 AM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

September 29, 2025 11:13 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*