# EXHIBIT B

# EXHIBIT A

**AGREEMENT BETWEEN**

**MYERSTOWN SOCCER CLUB**

**&**

**GOPLAY LLC**

In consideration of the premises and mutual covenants contained in this Agreement, the parties agree as follows:

1.  **SCOPE OF AGREEMENT.** This agreement applies to the trip to Germany & Austria from July 31st – August 9th, 2026.

2.  **TRAVEL SERVICES.** GoPlay LLC shall arrange for and provide all air and ground transportation, lodging, cultural experiences, and certain meals for the Trips ("Travel Services"), the details of which GoPlay LLC shall specify on the itinerary.

3.  **PAYMENT BY Myerstown Soccer Club**

    I.  All Myerstown Soccer Club for Travel Services payments hereunder shall be made directly to GoPlay LLC. All checks or ACH drawn by Myerstown Soccer Club shall be made to the order of GoPlay LLC or any other name GoPlay LLC may direct. All funds received by GoPlay LLC for the trip are to be received by GoPlay LLC in trust for the benefit of the trip participants. GoPlay LLC shall manage all charges collected from players in accordance with applicable federal and state laws and regulations, as well as the requirements of this Agreement. GoPlay LLC shall disclose to a Myerstown Soccer Club the total cost to trip participants for the arranged trip. Disclosure of these costs and expenses for each trip shall be listed on the addendum(s) to the agreement. Cost figures so disclosed will not be changed, and prices are guaranteed.
    II. The total payment due to GoPlay LLC is $3,600 per person.
    III. Payment to me was made as per the agreed schedule. September 30th, 2025, January 15th, 2026, and June 30th, 2026.

4.  **TRIP CANCELLATION PROVISIONS WHEN CANCELLATION IS DUE TO CAUSES BEYOND THE PARTIES' CONTROL.**

# EXHIBIT A

I. If GoPlay LLC or Myerstown Soccer Club cancels the trip more than ninety days before departure due to circumstances beyond either party's control, GoPlay LLC will refund all monies paid by Myerstown Soccer Club.

II. If the trip is canceled less than ninety days but more than forty-five days before departure, there may be non-recoverable charges beyond GoPlay LLC's control, including but not limited to deposits/payments to airlines and hotels. In this case, GoPlay LLC will make every effort to recover and refund such amounts to Myerstown Soccer Club.

III. If either GoPlay LLC or Myerstown Soccer Club cancels or cuts short a trip after departure and while in progress for reasons beyond either party's control, GoPlay LLC will refund monies paid to Myerstown Soccer Club based on the appropriate portion of unused travel. Circumstances "beyond the control" of either party shall be defined as any circumstance affecting the trip participants' health, safety, or comfort, including the threat of war or natural disaster.

5. **CANCELLATION FOR CONVENIENCE BY TRIP PARTICIPANTS.** GoPlay LLC shall give adequate notice of the cancellation policy for each trip in writing, along with the initial promotional/informational materials that will be distributed to Myerstown Soccer Club.

6. **CANCELLATION BY GOPLAY LLC.**

If GoPlay LLC cancels a trip at any time for circumstances other than those deemed "beyond the control" of GoPlay LLC, GoPlay LLC shall refund in full any payments received from Myerstown Soccer Club.

7. **CANCELLATION BY Myerstown Soccer Club**

I. If Myerstown Soccer Club cancels the trip for any reason ninety days before its scheduled departure (or fewer days upon the express mutual written agreement of GoPlay LLC and Myerstown Soccer Club), GoPlay LLC shall refund in full any payments received from Myerstown Soccer Club.

II. If Myerstown Soccer Club cancels the trip less than ninety days but more than forty-five days before departure, GoPlay LLC may be charged charges beyond its control, including but not limited to deposits/payments to airlines and hotels. In this case, GoPlay LLC will make every effort to recover and refund such amounts to Myerstown Soccer Club.

III. If Myerstown Soccer Club cancels the trip less than forty-five days before departure, GoPlay LLC will be responsible for non-recoverable charges beyond its

# EXHIBIT A

control. GoPlay LLC will try to recover and refund the remaining balance of the payment to Myerstown Soccer Club.

8. **INSURANCE.**

   I. Types and Amounts. The GoPlay LLC shall obtain and maintain throughout the term of this Agreement, at its own expense: (i) one or more policies for commercial general liability insurance, which policy(ies) and have a minimum single combined limit of liability of not less than One Million Dollars ($1,000,000) per occurrence and Five Million Dollars ($5,000,000) aggregate coverage; (ii) if contracting in whole or part to provide professional services, one or more policies for professional liability insurance, which policy(ies) shall have a minimum single combined limit liability of not less than One Million Dollars ($1,000,000) per occurrence and Five Million dollars ($5,000,000) aggregate coverage.

   II. Delivery; Coverage Change; No Inconsistent Action. Before the execution of this Agreement, copies of current certificates of insurance evidencing the insurance coverage required by this Agreement shall be delivered to Myerstown Soccer Club Not less than thirty (30) days before the date of any expiration or renewal of, or actual, proposed or threatened reduction or cancellation of coverage under, any insurance required hereunder, the Contractor shall provide written notice to Myerstown Soccer Club of the same and deliver to Myerstown Soccer Club renewal or replacement certificates of insurance. GoPlay LLC shall cause all insurance to remain in full force and effect throughout this Agreement and shall not take any action or omit any action that would suspend or invalidate any required coverages. The failure of the Contractor to maintain Workers' Compensation Insurance shall render this contract void and of no effect. The failure of the Contractor to maintain the other required coverages shall be deemed a material breach of this Agreement upon which the University reserves the right to consider this Agreement terminated as of the date of such failure.

9. **NO ASSIGNMENT/TIME OF ESSENCE/HEIRS AND ASSIGNS.** This Agreement is for the particular services to be performed by GoPlay LLC and shall not be assignable by GoPlay LLC in whole or in part without the prior written consent of Myerstown Soccer Club. Time is of the essence in the performance of every provision of this Agreement. The provisions of this Agreement shall extend to and be binding upon and inure to the benefit of the heirs, executors, administrators, successors, and assigns of the respective parties hereto or of any third-party beneficiaries of this Agreement.

# EXHIBIT A

10. **NO MODIFICATIONS OF AGREEMENTS.** This Agreement constitutes the complete understanding of the parties on the subject and supersedes all prior understandings or agreements. No oral understanding or agreement not incorporated herein shall be binding on any of the parties hereto. No prior or contemporaneous agreement, representations, or understandings between GoPlay LLC and any Travel Instructor for any Sports Trip that are not set forth herein shall be binding upon Myerstown Soccer Club. No waiver, modification, or amendment of any provision of its Agreement shall be effective unless it is in writing and signed by duly authorized representatives of both parties.

11. **NOTICES.** Any notices required or permitted hereunder shall be given in writing to the appropriate party at the address noticed to the other. Such notice shall be deemed given at the time of personal delivery to the signatory of the appropriate party named below or upon mailing by certified or registered mail five (5) days after the date of such mailing.

12. **GOVERNING LAW AND VENUE.** Unless otherwise specified in this Agreement or required by Law, all claims or actions concerning this Agreement shall be resolved exclusively by a court of competent jurisdiction in PA, and the parties expressly waive any objections to the same on any grounds, including venue and forum nonconvenient. This Agreement is intended as a contract under and shall be governed and construed by the Laws of the State of PA, without regard to the conflict of laws provisions thereof.

IN WITNESS WHEREOF, GoPlay LLC and Myerstown Soccer Club have executed this Agreement to be effective on the day and year first written above.

GoPlay LLC                                              Myerstown Soccer Club

Signature: _____

Name / Title: *Presidet*

Date: 9/7/25