# EXHIBIT C

# EXHIBIT B





---------- Forwarded message ----------
From: **GoPlay Info** <info@goplay-sports.com>
Date: Mon, Apr 6, 2026, 9:48 PM
Subject: GoPlay LLC
To:


Dear Valued Customer,

It is with deep regret that we inform you that GoPlay LLC has ceased operations, effective immediately, and will no longer be able to accept payments or fulfill any future bookings.

In recent weeks, a combination of reduced bookings and increased cancellations due to the ongoing situation in the Middle East has rendered it impossible for GoPlay to continue operations. Please know that GoPlay did not make this decision lightly and explored several options to avoid this outcome, including refinancing, raising new capital, and a potential sale of the business. Unfortunately, GoPlay has been unable to identify a way to continue operating.

The company is now taking steps to enter a formal Chapter 7 bankruptcy process. A bankruptcy trustee has been appointed to liquidate GoPlay's assets and use the proceeds of those assets to pay outstanding debts.   You will be sent notices of the filing, applicable meeting dates, and deadlines in the case.

# EXHIBIT B

For legal purposes, please direct all correspondence to: info@goplay-sports.com until you hear from the bankruptcy trustee.

Customers who have paid by credit card may wish to contact their card provider to explore potential chargeback options. You may also wish to review any applicable travel insurance policies.

GoPlay sincerely apologizes for the impact this news will have on you, and your team. We will be sending individual emails out to travelers by 12pm tomorrow.

Yours sincerely,

GoPlay LLC