# EXHIBIT D

# EXHIBIT C





From: Justin Bollinger <jbollinger@gkh.com>
Sent: Tuesday, April 7, 2026 10:02 AM
To: info@goplay-sports.com <info@goplay-sports.com>
Cc: treasurer@myerstownsoccerclub.org
<treasurer@myerstownsoccerclub.org>; Darren Lyons <dlyons@goplay-sports.com>; Brian Marquette <info@myerstownsoccerclub.org>
Subject: RE: ELCO Boys Soccer Trip - Refund Requested

Good morning,

# EXHIBIT C

As a follow-up to the email below, would you please provide me with the following documentation for the ELCO Boys Soccer Trip:

1. Flight confirmations;
2. Hotel booking confirmations;
3. Transportation confirmations for any local transportation providers (charter bus, etc.); and
4. Any and all other documentation regarding prepayments or deposits made to third parties on behalf of, or related to, the above-referenced trip.

Please let me know if you have any questions.

Thank you.

-Justin

**Justin J. Bollinger**

Partner

jbollinger@gkh.com | **P: 717.291.1700** |

F: 717.291.5547

2933 Lititz Pike | P.O. Box 5349 | Lancaster, PA 17606

**CONFIDENTIAL**