**UNITED STATES DISTRICT COURT FOR**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Harrisburg, ss.

Civil Action No.: 1:26-cv-01238

MYERSTOWN SOCCER CLUB

Plaintiff

v.

GO PLAY, LLC, DARREN PETER LYONS, BRIAN AINSCOUGH

Defendant

FILED
HARRISBURG, PA

JUN 26 2026

PER_____
DEPUTY CLERK

## SUGGESTION OF BANKRUPTCY

NOW COMES the defendant, Go Play, LLC by and through it undersigned Counsel and respectfully gives notice that on May 26, 2026, the Defendant did file voluntary petition #26-11209 pursuant to Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts in Boston. A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto.

In accordance with the automatic stay provisions of the Bankruptcy Code (11 U.S.C. § 362(a)) the Defendant respectfully suggests that the above-captioned proceedings against it be stayed.

Respectfully submitted,
Go Play, LLC.
By its attorney,

Dated: June 18, 2026

___/s/ Marques C. Lipton_____.
Marques C. Lipton, BBO #676087
Lipton Law Group, LLC
945 Concord Street
Framingham, MA 01701
(508) 202-0681
marques@liptonlg.com

# LIPTON LAW GROUP, LLC
945 CONCORD STREET
FRAMINGHAM, MA 01701
(508) 202-0681| MARQUES@LIPTONLG.COM

**June 18, 2026**

**Via U.S. Mail**
U.S. District Court
**Attn: Civil Clerk**
Sylvia H. Rambo U.S. Courthouse
1501 North 6th St., Suite 101
Harrisburg PA 17102

**Re:** MYERSTOWN SOCCER CLUB v. GO PLAY, LLC, et al; Civil Action 1:26-cv-01238

Dear Clerk;

Enclosed for filing in the above-referenced matter, please find defendant Go Play, LLC's **Suggestion of Bankruptcy**. Please file the same in your usual manner. Thank you for your assistance.

Sincerely,

*/s/ Marques C. Lipton*
Marques C. Lipton

### CERTIFICATE OF SERVICE

I, Marques Lipton, hereby certify that I have this day served, Counsel for the Plaintiff, a true and correct copy of the Defendant's Suggestion of Bankruptcy by placing the same in the United States Mail, affixed with sufficient postage and addressed as follows:

**Via U.S. Mail**
**Justin J. Bollinger, Esq.,**
**2933 Lititz Pike, P.O. Box 5349**
**Lancaster, PA 17606**

Dated: June 18, 2026                    _/s/ Marques C. Lipton_
                                        Marques C. Lipton

Lipton Law Group
945 Concord St
Framingham, MA 01701

RECEIVED
HARRISBURG PA

JUN 2 6 2026

PER

DEP CLERK

UNITED STATES
OF AMERICA
FOREVER/USA

U.S. District Court
**Attn: Civil Clerk**
Sylvia H. Rambo U.S. Courthouse
1501 North 6th St., Suite 101
Harrisburg PA 17102

17102-110999