IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MYERSTOWN SOCCER CLUB, a : No. 1:26cv1238
Pennsylvania nonprofit corporation, :
        Plaintiff : (Judge Munley)
 :
 :
   v. :
 :
GOPLAY, LLC, a Massachusetts :
Limited liability company, f/k/a :
GOPLAY SPORTS TOURS, LLC; :
DARREN PETER LYONS, :
individually and as manager for :
GOPLAY, LLC; and BRIAN :
AINSCOUGH, individually and as :
manager for GOPLAY, LLC, :
        Defendants :

## ORDER

The complaint in the above matter was filed more than 60 days ago, on

May 8, 2026. (Doc. 1). A review of the docket reflects service on one defendant,

Brian Ainscough. (Doc. 4, Waiver of Service).

The docket also reflects a suggestion of bankruptcy with respect to

Defendant GoPlay, LLC in the United States Bankruptcy Court for the District of

Massachusetts. (Doc. 5). Generally, the automatic stay at 11 U.S.C. § 362(a)

applies only to the debtor and does not extend to non-debtor co-defendants. See

McCartney v. Integra Nat. Bank N., 106 F.3d 506, 509 (3d Cir. 1997).

The docket does not reflect service on Defendant GoPlay, LLC or explain whether plaintiff is pursuing relief in bankruptcy court.  The docket also does not reflect whether service has been made on Defendant Darren Peter Lyons.

Consequently, it is hereby **ORDERED** that plaintiff shall file a status report **on or before July 27, 2026** regarding service of the remaining defendants and the bankruptcy proceedings in the District of Massachusetts.

**Date:** 7/13/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**