UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYERSTOWN SOCCER CLUB, *a Pennsylvania nonprofit corporation*, | : : : : | Civil Action |
| Plaintiff | : : | |
| v. | : : | No. 1:26-cv-1238 |
| GOPLAY LLC, *a Massachusetts limited liability company*, *formerly known as* GOPLAY SPORTS TOURS LLC, DARREN PETER LYONS, *individually and as Manager for GOPLAY LLC*, and BRIAN AINSCOUGH*, individually and as Manager for GOPLAY LLC* | : : : : : : : : | (Judge Munley)  JURY TRIAL DEMANDED |
| Defendants | : | |

**PLAINTIFF'S STATUS REPORT**
**RE: DEFENDANT DARREN PETER LYONS**

Plaintiff, Myerstown Soccer Club, files this Status Report pursuant to Your Honor's July 28, 2026 Order.

1. **Service on Defendant Darren Peter Lyons** – Defendant Darren Peter Lyons was served on August 4, 2026, at 7:56 p.m. *See* Proof of Service attached hereto.

GIBBEL KRAYBILL & HESS LLP

Date: 8/6/2026                    By: _____

Justin J. Bollinger, Esquire
Attorney I.D. No. 308779
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike, P.O. Box 5349
Lancaster PA  17606
*Attorneys for Plaintiff*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-01238-JKM**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Darren Peter Lyons**
was received by me on  **8/04/2026:**

☒  I personally served the **Complaint; Summons** on the individual at **91 Redlands Rd, West Roxbury, MA 02132-1506** on **08/04/2026 at 7:56 PM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 165.00** for services, for a total of **$ 165.00**.

I declare under penalty of perjury that this information is true.

Date:  08/05/2026

_____
*Server's signature*

**Odunayo Solomon**
*Printed name and title*

**76 Coburn Street**
**Lynn, MA 01902**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Darren Peter Lyons with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0235642488**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of August, 2026, I electronically filed the foregoing document, and this document is available for viewing and downloading from the ECF system.

Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
rarmezzani@mbklaw.com
*Counsel for Defendant Ainscough*

Service by First Class Mail as follows:

Darren Peter Lyons
91 Redlands Road
Boston, MA 02132

GIBBEL KRAYBILL & HESS LLP

By:_____
Justin J. Bollinger, Esquire
Attorney I.D. No. 308779
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike, P.O. Box 5349
Lancaster PA  17606
*Attorneys for Plaintiff*

2