UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYERSTOWN SOCCER CLUB, *a Pennsylvania nonprofit corporation*, | |
| | Civil Action |
| Plaintiff | |
| v. | No. 1:26-cv-1238 |
| GOPLAY LLC, *a Massachusetts limited liability company*, *formerly known as* GOPLAY SPORTS TOURS LLC, DARREN PETER LYONS, *individually and as Manager for GOPLAY LLC*, and BRIAN AINSCOUGH*, individually and as Manager for GOPLAY LLC* | (Judge Munley) |
| | JURY TRIAL DEMANDED |
| Defendants | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

Kindly the appearance of the undersigned on behalf of Plaintiff, Myerstown Soccer Club, in the above-captioned matter. Papers may be served at the address set forth below:

Elizabeth I. Reed, Esquire
Atty I.D. #335704
GIBBEL KRAYBILL & HESS LLP
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA 17606
P: (717) 291-1700
F: (717) 291-5547

GIBBEL KRAYBILL & HESS LLP

Date: 8/13/2026

By: ______________________________
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike, P.O. Box 5349
Lancaster PA 17606
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2026, I electronically filed the foregoing document, and this document is available for viewing and downloading from the ECF system.

Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
rarmezzani@mbklaw.com
*Counsel for Defendant Ainscough*

Service by First Class Mail as follows:

Darren Peter Lyons
91 Redlands Road
Boston, MA 02132

GIBBEL KRAYBILL & HESS LLP

By: [signature] ___________________________
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike
P.O. Box 5349
Lancaster PA 17606
(717) 291-1700 (p)
(717) 291-5547 (f)
*Attorney for Plaintiff*