**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MYERSTOWN SOCCER CLUB, a Pennsylvania nonprofit corporation,** **Plaintiff** | : | **No. 1:26cv1238** **(Judge Munley)** |
| **v.** | : | |
| **GOPLAY, LLC, a Massachusetts Limited liability company, f/k/a GOPLAY SPORTS TOURS, LLC; DARREN PETER LYONS, individually and as manager for GOPLAY, LLC; and BRIAN AINSCOUGH, individually and as manager for GOPLAY, LLC,** **Defendants** | : | FILED SCRANTON AUG 27 2026 PER JKC DEPUTY CLERK |

**ORDER**

On July 27, 2026, Defendant Brian Ainscough filed a motion to dismiss plaintiff's complaint. (Doc. 10). On August 10, 2026, or 14 days later, Ainscough filed his brief in support as authorized by Rule 7.5 of the Rules of Court for the Middle District of Pennsylvania ("Local Rules"). (Doc. 14). Pursuant to Local Rule 7.6, plaintiff's brief in opposition was due within 14 days, or on or before August 24, 2026. Under Local Rule 7.6, "[a]ny party who fails to comply with this rule shall be deemed not to oppose such motion."

To date, plaintiff has not filed a brief in opposition to the motion and the time normally afforded has expired. Consequently, it is hereby **ORDERED** that:

1) On or before **September 1, 2026,** plaintiff shall file any brief in opposition to Defendant Ainscough's motion to dismiss; and

2) If a brief in opposition is not filed by this deadline, Defendant Ainscough's motion will be deemed unopposed and his request for relief will be granted if warranted by the law.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**

8/27/26