UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYERSTOWN SOCCER CLUB, *a Pennsylvania nonprofit corporation,*<br><br>Plaintiff<br><br>v.<br><br>GOPLAY LLC, *a Massachusetts limited liability company, formerly known as* GOPLAY SPORTS TOURS LLC, DARREN PETER LYONS, *individually and as Manager for GOPLAY LLC*, and BRIAN AINSCOUGH*, individually and as Manager for GOPLAY LLC*<br>Defendants | Civil Action<br><br>No. 1:26-cv-01238<br><br>JURY TRIAL DEMANDED |

**<u>PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS OF DEFENDANT BRIAN AINSCOUGH</u>**

Plaintiff Myerstown Soccer Club hereby DENIES the allegations set forth in Defendant's Motion to Dismiss Defendant Brian Ainscough (the "Motion to Dismiss"). Plaintiff's denial is set forth more thoroughly in its Memorandum of Law In Opposition to Defendant Brian Ainscough's Motion to Dismiss. Plaintiff respectfully moves this Court to DENY Defendant's Motion to Dismiss.

Respectfully submitted,

GIBBEL KRAYBILL & HESS LLP

Date: 8/31/2026 By: ______________________

Justin J. Bollinger, Esquire
Attorney I.D. No. 308779
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike, P.O. Box 5349
Lancaster PA 17606
(717) 291-1700 (p)
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was electronically filed on this date, it is available for viewing and downloading on the Court's CM/ECF system, and it will be served on all counsel and parties of record via the Court's CM/ECF system.

Date: 8/31/2026

By: ______________________________

Justin J. Bollinger, Esquire
Attorney I.D. No. 308779
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike
P.O. Box 5349
Lancaster PA 17606
(717) 291-1700 (p)
(717) 291-5547 (f)
*Attorney for Plaintiff*