UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYERSTOWN SOCCER CLUB, *a Pennsylvania nonprofit corporation*, | : | |
| | : | Civil Action |
| Plaintiff | : | |
| v. | : | No. 1:26-cv-1238 |
| GOPLAY LLC, *a Massachusetts limited liability company*, *formerly known as* GOPLAY SPORTS TOURS LLC, DARREN PETER LYONS, *individually and as Manager for GOPLAY LLC*, and BRIAN AINSCOUGH, *individually and as Manager for GOPLAY LLC* | : | (Judge Munley) |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

**PLAINTIFF'S STATUS REPORT**
**RE: DEFENDANT DARREN PETER LYONS**

Plaintiff, Myerstown Soccer Club, files this Status Report pursuant to Your Honor's September 10, 2026, Order.

Plaintiff's counsel learned on September 22, 2026, that Defendant Darren Peter Lyons filed a Voluntary Petition for personal bankruptcy pursuant to Chapter 7 of the bankruptcy code, which is docketed as Case No. 26-12105, in the United States Bankruptcy Court for the District of Massachusetts on September 1, 2026. Plaintiff's counsel was not previously provided with notice of Defendant Lyon's bankruptcy filing.

GIBBEL KRAYBILL & HESS LLP

Date: 9/22/2026

By: Justin J. Bollinger

Justin J. Bollinger, Esquire
Attorney I.D. No. 308779
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike
P.O. Box 5349
Lancaster PA 17606
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2026, I electronically filed the foregoing document, and this document is available for viewing and downloading from the ECF system.

Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
rarmezzani@mbklaw.com
*Counsel for Defendant Ainscough*

Service by First Class Mail as follows:

Darren Peter Lyons
91 Redlands Road
Boston, MA 02132
dlyons@goplay-sports.com

GIBBEL KRAYBILL & HESS LLP

By:______________________
Justin J. Bollinger, Esquire
Attorney I.D. No. 308779
Elizabeth I. Reed, Esquire
Attorney I.D. No. 335704
2933 Lititz Pike, P.O. Box 5349
Lancaster PA 17606
*Attorneys for Plaintiff*